# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Civil No. 05–1085 (RHK/JJG)

Points.com, Inc.,

Plaintiff,

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

vs.

OurVacationStore.com, Inc.,

Defendant.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Points.com, Inc., hereby voluntarily dismisses, without prejudice, its Complaint against Defendant OurVacationStore.com, Inc.

Dated: October 31, 2005                    MURNANE BRANDT

_____
Daniel A. Haws #193501
Attorney for Plaintiff
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
(651) 227–9411

675741.1